UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH OLIVER OWENS, <br> Plaintiff, <br> v. <br> COUNTY OF SAN MATEO, et al., <br> Defendants. | Case No. 17-cv-05667-JD <br><br> **ORDER OF DISMISSAL** |

Plaintiff, a detainee, has filed a civil rights action. Plaintiff was sent a notice that he had not paid the filing fee or submitted a complete application for leave to proceed in forma pauperis ("IFP"). He was allowed twenty-eight days to either pay the fee or file a proper application with all the required documents. More than twenty-eight days has passed and plaintiff has not paid the fee or filed a complete application to proceed IFP. Therefore, this case is **DISMISSED** without prejudice.

**IT IS SO ORDERED.**

Dated: January 8, 2018

JAMES DONATO
United States District Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| KENNETH OLIVER OWENS, | Case No. 17-cv-05667-JD |
|---|---|
| Plaintiff, | |
| v. | **CERTIFICATE OF SERVICE** |
| COUNTY OF SAN MATEO, et al., | |
| Defendants. | |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on January 8, 2018, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Kenneth Oliver Owens ID: Prisoner 290606
David Lewis Community Center
2277 University Avenue
East Palo Alto, CA 94303

Dated: January 8, 2018

Susan Y. Soong
Clerk, United States District Court

By: _____
LISA R. CLARK, Deputy Clerk to the
Honorable JAMES DONATO